United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Yoni Wilber SANTOS-URBINA | § | |
| | § | **Civil Action No. 4:26-cv-7017** |
| Petitioner, | § | |
| | § | |
| v. | § | **HONORABLE JUDGE** |
| | § | **GEORGE C. HANKS, JR.** |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal without Prejudice pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. 6), the Court finds that this case is DISMISSED WITHOUT PREJUDICE. Any remaining pending motions are DENIED AS MOOT.

SIGNED this 17th day of November, 2026.

GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE